Prepared by State Reporter from Appeal Papers

GEORGE MORD, Respondent, *v.* NEW YORK INDEMNITY COMPANY, Appellant.

*Insurance (robbery) — action to recover on policy insuring against loss by robbery — defense that books and accounts did not comply with requirements of policy — limitation of liability.*

*Mord* v. *New York Indemnity Co.*, 216 App. Div. 252, affirmed. (Argued January 21, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy insuring plaintiff's assignor, a firm engaged in the fur-dressing business, from loss by robbery. It was alleged that certain merchandise and property belonging to others and held by the Star Fur Dressers Company in trust, while being conveyed in a truck of the assured, was feloniously stolen from the said truck and taken from the possession of the messengers of the assured after the said messengers had been overpowered by force and violence. The defenses were that the books and' accounts kept by the assured did not comply with the requirements of the policy and that by limitation of liability contained in the policy plaintiff could recover only one-half the amount thereof.

*Sidney J. Loeb* and *Leon M. Prince* for appellant.

*Ralph S. Harris, Thomas L. Ennis* and *John S. Myers* for Indemnity Insurance Company of North America, *amicus curiæ.*

*Alfred B. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.